# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**VILES DELICES,**

>    *Plaintiff,*

**v.**                                                    **Case No.: 3:25cv2483-MW/HTC**

**KENDRIC CUMMINS,**

>    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. The Magistrate Judge recommends dismissal of this action without prejudice because Plaintiff fails to state a claim for First Amendment retaliation and, as such, there is no basis to exercise supplemental jurisdiction over his remaining state law claims. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice**. Plaintiff failed to state a claim for First Amendment retaliation. This Court declines to exercise supplemental

jurisdiction over Plaintiff's remaining state law claims." The Clerk shall close the file.

      **SO ORDERED on April 8, 2026.**

**s/Mark E. Walker       **
**United States District Judge**
